# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeffrey L. Phifer,

    Petitioner,

vs.

Roy Cooper,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:11-cv-459-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2011 Order.

Signed: September 21, 2011

Frank G. Johns, Clerk
United States District Court